**STATE v. BURNS**

[336 N.C. 775 (1994)]

STATE OF NORTH CAROLINA    )
                                )
        v.                 )        ORDER
                                )
TERRY ANTHONY BURNS      )

No. 568P93
(Filed 29 July 1994)

The State's petition for discretionary review pursuant to N.C.G.S. § 7A-31 is allowed for the purpose of entering the following order:

The Court of Appeals' opinion filed 12 December 1993, is vacated, and the case is remanded to the Court of Appeals for reconsideration in light of this Court's decision in *State v. Bryant*, 337 N.C. 298, --- S.E. 2d ---.(1994). The temporary stay heretofore entered 14 May 1994 is dissolved.

By order of the Court in Conference, this 29 day of July, 1994.

s./ PARKER, J.
-----------------
For the Court